1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  KIMBERLY BRIGGS
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-**
7     FAX: (510) 637-3724

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND  DIVISION

12

13 | UNITED STATES OF AMERICA,         )  No  CR 07-70318 WDB
                                       )
14 |                   Plaintiff,      )  SUBSTITUTION OF ATTORNEYS
                                       )
15 |    v.                             )
                                       )
16 | JOEL SANCHEZ, JUAN CARLOS         )
   | ZEPEDA-GONZALEZ AND ALFREDO       )
17 | SANCHEZ,                          )
                                       )
18 |                   Defendant.      )
                                       )

19
        Please take notice that as of June 13, 2007, the Assistant U.S. Attorney whose name,
20
   address and telephone number are listed below will be counsel for the government.
21
                    Assistant U.S. Attorney KIMBERLY BRIGGS
22                       1301 Clay Street, Suite 340S
                              Oakland, CA 94612
23                        Telephone: (510) 637-3695

24 DATED: June 13, 2007              Respectfully submitted,

25                                   United States Attorney

26                                      /S
                                     _____
                                     KIMBERLY BRIGGS
27                                   Assistant United States Attorney

28 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this e-filed document.

[SUBSTITUTION OF ATTORNEYS -  CR 07-70318]